UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
ALI H SROUR,  CASE NO. 16-56027-MAR
DEBTOR.  JUDGE MARK A RANDON
_____/

**TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and supplements her objections to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee objects to debtor's failure to propose payment of $17,093.40 to unsecured creditors, as debtor's Monthly Disposable Income under 11 U.S.C. § 1325(b)(2) is $284.89, which when multiplied by the applicable 60 month commitment period yields $17,093.40, which exceeds the amount available to unsecured creditors as disclosed on Line 8 of the Worksheet in the amount of $12,957.40.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtor's Chapter 13 Plan.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

August 15, 2017  /s/ Maria Gotsis
Maria Gotsis (P67107)
719 Griswold Street, Ste 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

Page **1** of **2**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>ALI H SROUR,<br>DEBTOR.<br>_____/ | CHAPTER 13<br>CASE NO. 16-56027-MAR<br>JUDGE MARK A RANDON |

### CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S SUPPLEMENTAL OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

KURT THORNBLADH
7301 SCHAEFER #7
DEARBORN, MI 48126-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

ALI H SROUR
1207 AGORA PALMS DRIVE #1236
SAN ANTONIO, TX 78258-0000

August 15, 2017           /s/ Barbara A. Ecclestone
                          Barbara A. Ecclestone
                          For the Office of the Chapter 13 Trustee-Detroit
                          719 Griswold Street, Ste 1100
                          Detroit, MI 48226
                          (313) 962-5035
                          notice@det13ksc.com